# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146405

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY TODD KENNEBREW, a/k/a
ANTHONY KINNEDREW,
      Defendant-Appellant.

SC: 146405
COA: 312370
Muskegon CC: 11-061215-FH

_____/

      On order of the Court, the application for leave to appeal the November 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



h0617

                  Clerk